JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>  Petitioner,<br><br>v.<br><br>M.L. MONTGOMERY, Warden,<br><br>  Respondent. | NO. CV 18-8472-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice as untimely.

DATED: JAN 8 2020

DAVID O. CARTER
United States District Judge